Kyle R. May
Brayden K. Cochran
MAY, RAMMELL & WELLS, CHTD.
216 W. Whitman/ P.O. Box 370
Pocatello, Idaho 83204-0370
Telephone: (208) 233-0132
Facsimile: (208) 234-2961
Idaho State Bar No.: 9819
Idaho State Bar No.: 12178
kyle@mrwlaw.net
brayden@mrwlaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASPEN FREY | CASE NO.: 4:24-cv-582 |
| Plaintiff, | **MOTION TO WAIVE BOND OR SET AT $0** |
| vs. | |
| CITY OF POCATELLO; CHIEF ROGER SCHEI; OFFICER R. HURLEY; OFFICER B. FERRO; OFFICER BR. JOHNSON; OFFICERS DOE I-XX; | |
| Defendants. | |

COMES NOW Plaintiff, Aspen Frey, by and through her attorneys of record Kyle R. May and Brayden K. Cochran, and hereby moves this Court for waiver of the payment of a bond in this matter, or a setting of the bond at $0 pursuant to Idaho Code § 6-610.

Idaho Code § 6-610 requires that for the prosecution of any civil action against a law enforcement officer the Plaintiff is required to post a bond at the time of filing the Complaint to ensure that the officer's fees and costs may be compensated should the officer prevail in the litigation. However, the amount of said bond is to be fixed by the Court.

Ms. Frey is currently earning only enough money to support herself and cannot afford the extra costs of a bond. If Ms. Frey is required to post a bond in this matter, it will serve as a substantial limitation to her access to the courts and would be contrary to the interests of justice.

Plaintiff therefore respectfully requests that this Court waive the posting of a bond as required by Idaho Code § 6-610, or set the bond at a minimal amount, for the grounds and reasons that they are unable to afford the payment of said bond.

Attached for the Court's convenience is a copy of the Complaint to be filed in this matter. Also attached is the *Declaration of Aspen Frey in Support of Motion to Waive Bond or Set at $0*. Therefore, Plaintiff requests that this Court waive the bond payment required by Idaho Code § 6-610.

If necessary, Plaintiff requests oral argument on this issue.

DATED this 5th day of November, 2024.

MAY, RAMMELL & WELLS, CHTD.
*Attorneys for Plaintiff*

*/s/ Kyle R. May*
KYLE R. MAY

*/s/ Brayden K. Cochran*
BRAYDEN K. COCHRAN